1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11   JAMES HOWARD LOOMAN III,              )   Case No. CV 13-6585-MMM (SP)
                                           )
12                          Petitioner,    )
                                           )   **ORDER ACCEPTING FINDINGS AND**
13                 v.                       )   **RECOMMENDATION OF UNITED**
                                           )   **STATES MAGISTRATE JUDGE**
14   L.J. MILUSNIC, Warden,                )
                                           )
15                          Respondent.    )
                                           )
16   _____      )
17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

19   file, and the Report and Recommendation of the United States Magistrate Judge.

20   Petitioner has not filed any written Objections to the Report within the time

21   permitted.  The Court accepts the findings and recommendation of the Magistrate

22   Judge.

23        IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is

24   granted, and Judgment be entered denying the Petition and dismissing this action

25   without prejudice.

26

27   DATED:  May 23, 2014                 _____
                                           HONORABLE MARGARET M. MORROW
28                                         UNITED STATES DISTRICT JUDGE