JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOWARD LOOMAN III,<br><br>Petitioner,<br><br>v.<br><br>L.J. MILUSNIC, Warden,<br><br>Respondent. | Case No. CV 13-6585-MMM (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 23, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE